# United States Bankruptcy Court
## Eastern District of New York

In re    **Alrose King David LLC**                             Case No. _____

                                     Debtor(s)               Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:     7/28/11

                                       **Allen Rosenberg/Managing Member**
                                       Signer/Title

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

A&M First Class Floors
51 Cumberland Place
Valley Stream, NY 11580


ADE Systems, Inc
19 Wilbur Street
Lynbrook, NY 11563


Aljam Construction
73 John Drive
Farmingville, NY 11738


Arsenil Scaffold, Inc.
95 Jersey Street
West Babylon, NY 11704


ASB Engineering PC
1924 Bellmore Avenue
Bellmore, NY 11710


Astoria Mechanical Corp
20-36 Steinway Street
Astoria, NY 11105


Atelier Lumiere, Inc
27 West 20th Street, #800
New York, NY 10011


Bell Environmental
PO Box 810
Pine Brook, NJ 07058


Boro Plaster
393 Jericho Tpke
Mineola, NY 11501


Brooklyn Fed Savings Bank
81 Court Street
Brooklyn, NY 11201


Christopher R. Belmonte
Satterlee Stephens
Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Cintas Corp #2
6800 Cintas Boulevard
Mason, OH 45040


Ciro Mercado
244-11 88th Drive
Bellerose, NY 11426


Commercial Coatings &
Maintenance LLC
105 Bloomingdale Road
Hicksville, NY 11801


Commercial Recovery Corp.
c/o D. Porthault-Paris
9298 Central Ave NE
Ste 260
Minneapolis, MN 55434


Davidson Group Companies
d/b/a Gilmour Supply Co.
152 41st Street
Brooklyn, NY 11232


DCI Design Communications
6851 Jericho Turnpike
Suite 260
Syosset, NY 11791


Demonte Plumbing&Heating
367 Veterans Memorial Hwy
Commack, NY 11725


E.T. Quality Renovation
206 Main Street
Farmingdale, NY 11735


East End Builders Group
1029 William Floyd Pkwy
Ste. 4
Shirley, NY 11967


East New York Steel Prod
289 Linwood Street
Brooklyn, NY 11208

Fashion Gear Inc.
160 E. 88th Street - #5D
New York, NY 10128


Fireplace Systems
194 Brady Avenue
Hawthorne, NY 10532


FJF Electric
4242 Merrick Road
Massapequa, NY 11758


Flooring Solutions, Inc.
1960 Ryder Street
Brooklyn, NY 11234


Fortessa, Inc.
22601 Davis Drive
Sterling, VA 20164


Fresh Painting Inc
20 West 22nd Street
New York, NY 10010


Frigidyne AirConditioning
1924 Bellmore Avenue
Bellmore, NY 11710


GL Restoration
1095 Coney Island Avenue
Brooklyn, NY 11230


JDT General Constr. Corp
134 Atlantic Avenue
Massapequa Park, NY 11762


Joseph T. Adragna
58 East Main Street
Huntington, NY 11743


JPR Lighting Group, Inc.
20 Englewood Avenue
Staten Island, NY 10309

LIPA
175 E. Old Country Road
Hicksville, NY 11801


Michaels ElectricalSupply
456 Merrick Road
Lynbrook, NY 11563


Mill Work Plus Ltd
1820 West Seamans Neck Rd
Seaford, NY 11783


Norman Northgard
d/b/a Roslyn Metal Craft
59 Sea Cliff Avenue
Glen Cove, NY 11579


Northeast SteelFabricator
1101 Scott Avenue
Calverton, NY 11933


Nu-Way Crane Service, Inc
405 Ralph Avenue
Copiague, NY 11726


Paulus, Sokolowski and
Sartor Engineering, PC
67B Mountain Blvd Ext.
Warren, NJ 07059


Pazera Associates
11 Edwards Avenue
Calverton, NY 11933


Polaris Electrical Constr
738 New Lots Avenue
Brooklyn, NY 11207


Randall & Richards
c/o Billboard Connection
5151 E. Broadway Blvd
Ste. 800
Tucson, AZ 85711

Samuel Feldman Lumber Co
d/b/a Feldman Lumber
1281 Metropolitan Avenue
Brooklyn, NY 11237


Smolka
231 East 33rd Street
New York, NY 10016


Solar Glass
4030 Austin Blvd
Island Park, NY 11558


Sonny & Sons
46 Tulip Road
Rocky Point, NY 11778


Taste This TV
2005 Merrick Road
Ste. 225
Merrick, NY 11566


Thatos Associates Inc.
247 Nassau Avenue
Manhasset, NY 11030


Thyssenkrupp Elevator
519 8th Avenue
New York, NY 10018


Town of Hempstead
c/o Donald X. Clavin, Jr.
Receiver of Taxes
200 N. Franklin Street
Hempstead, NY 11550-1378


Trinity Interiors
11 Windham Court
Matawan, NJ 07747